**R. I. ALLIANCE OF SOCIAL SERVICE EMPLOYEES, LOCAL 580, SEIU AFL-CIO**

v.

**STATE of Rhode Island.**

No. 79–188–A.

Supreme Court of Rhode Island.

Jan. 29, 1980.

Frank J. Cenerini, Warwick, for plaintiff.

John H. Hines, Jr., Providence, for defendant.

ORDER

Defendant is hereby ordered to appear before this Court on Monday, March 3, 1980 at 9:30 a. m. to Show Cause why its appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

**In re ARMAND and Rodney**

No. 78–284–A.

Supreme Court of Rhode Island.

Jan. 31, 1980.

John A. MacFadyen III, Janice M. Weisfeld, Paula Rosin, Asst. Public Defenders, for appellant Catherine Barrios.

Chester Lupton, Legal Counsel, Dept. of Children and their Families, Providence, for appellee.

ORDER

The motion of the Department for Children and their Families to dismiss this appeal is denied.

DORIS, J., did not participate.

**ASHTON FIRE DISTRICT**

v.

**LOCAL 2725, I.A.F.F., AFL-CIO.**

No. 80–7–M.P.

Supreme Court of Rhode Island.

Jan. 31, 1980.

Francis R. Foley, Pawtucket, for petitioner.

Hogan & Hogan, Edward T. Hogan, Thomas S. Hogan, Providence, for respondent.

ORDER

The petition for writ of certiorari is granted.

DORIS, J., did not participate.